# Third District Court of Appeal

## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1682
Lower Tribunal No. 15-15625
_____

**Gabriel Castillo,**
Appellant,

vs.

**Anabel Garcia De Castillo, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Dennis & Dennis, P.A., and J. Robert Dennis, for appellant.

Craig E. Weissberg, P.A., and Craig E. Weissberg, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.